# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

UNITED STATES OF AMERICA

v.                                          No. 5:22-cr-28-BJB

ROBERT BLAINE

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The parties held a telephonic status conference on **February 21, 2024** with Judge Beaton. Terri Turner took down the proceedings as the Court's official reporter. The following counsel participated:

    Leigh Ann Dycus for the United States
    John David Cole for Robert Blaine (1)

The Court and counsel discussed the procedural posture of the case. Based on the status of the proceedings, the Court **ORDERS**:

(1) The Court sets a further telephonic status conference for **April 23, 2024 at 9:00 a.m. CT.** Counsel may connect by dialing 888-363-4734 and entering access code 4268238.

(2) For the reasons stated on the record, the Court denies the Defendant's request to set a trial date (DN 169) and denies the Defendant's other pending motions (DNs 114, 154) without prejudice. The Defendant recently received a new court-appointed lawyer at his request. Counsel is reviewing the docket and is invited to refile the motions as appropriate.

(3) As authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds the period between **February 21, 2024 and April 23, 2024** should be and is excluded from the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the Defendants in a more speedy trial, because failure to allow this extension would deny counsel for the Defendants and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). The Court does not grant this continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Copies to:    Counsel of record

Probation Office

Court Time: 6 min
Court Reporter: Terri Turner

Benjamin Beaton, District Judge
United States District Court

March 7, 2024