**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**V.**                                                    **CASE ACTION NO. 5:22CR-28-BJB**
*Electronically filed*

**RODERICK TUTT**                                                         **DEFENDANT**

## NOTICE OF FORFEITURE

The United States hereby gives notice that the $2,500.00 in U.S. Currency was forfeited in Arizona at the state level on or about July 18, 2022, and is no longer applicable to the prosecution of the defendant.

                                                      Respectfully submitted,

                                                      MICHAEL A. BENNETT
                                                     UNITED STATES ATTORNEY

                                                     s/*Leigh Ann Dycus*
                                                     Leigh Ann Dycus
                                                     Assistant U.S. Attorney
                                                     501 Broadway
                                                     Paducah, Kentucky 42001
                                                     (270) 442-7104

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                     s/ *Leigh Ann Dycus*
                                                     Leigh Ann Dycus
                                                     Assistant United States Attorney